# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3427
_____

STEVEN FREDERICK FISHEL,

Appellant,

v.

PUBLIX SUPERMARKETS and
PUBLIX RISK MANAGEMENT,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident:  May 22, 2017.

March 25, 2019

PER CURIAM.

AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Nicolette E. Tsambis of Smith, Feddeler, Smith, P.A., Lakeland, for Appellant.

Kevin E. Leisure of Kevin E. Leisure, P.A., Lakeland, for Appellees.